JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 221
Los Angeles, CA 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TODD M. FRIEDMAN, individually and on behalf of all others similar situated, <br><br> Plaintiff, <br><br> vs. <br><br> NYSA CORPORATION dba THE BILLCOACH.COM, and DOES 1 through 20, inclusive, and each of them, <br><br> Defendants. | Case No. SACV14-00097 JLS (RNBx) <br><br> **NOTICE OF SETTLEMENT OF ENTIRE CASE** <br><br> Assigned to the Honorable Josephine L. Staton |

///
///
///
///
///

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

-1-

**TO THE HONORABLE COURT, ALL PARTIES, THEIR ATTORNEYS OF RECORD AND ALL OTHER PARTIES:**

The undersigned, counsel of record for Todd M. Friedman hereby gives notices that this entire case has been settled. The settlement is conditional and based upon the execution of the settlement agreement and other acts. A Notice of Voluntary Dismissal with prejudice, as to plaintiff Todd M. Friedman's individual case, and without prejudice as to the putative class claims, will be filed within 45 days or at such further time as may be ordered by this court.

The initial pleading in this case was filed in the United States District Court, Central District of California on or about January 21, 2014. Defendant NYSA Corporation dba TheBillCoach.com filed an answer on March 21, 2014.

The next scheduled hearing pursuant to the Order Setting Scheduling Conference is set for April 11, 2014. This Notice of Settlement is filed in lieu of the aforementioned filing for the reason the settlement resolves the dispute between the parties to this litigation and no further litigation in this court is required.

No trial has been set in this matter.

I declare under penalty of perjury under the laws of the States of California that the foregoing is true and correct. Executed this 28th day of March, 2014, in Los Angeles, California.

By: */S/ John P. Kristensen*

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
David L. Weisberg (SBN 211675)
*david@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 221
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12304 Santa Monica Boulevard, Suite 221, Los Angeles, California 90025. The foregoing document was served via ECF on all parties and their attorneys of record in case number SACV14-00097 JLS (RNBx) entitled TODD M. FRIEDMAN v. NYSA CORPORATION, et al.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on March 28, 2014.

*/S/ Joseph Park*
Joseph Park